# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

DORCHESTER RESOURCES, LP,

                      Debtor.

Case No. 21-10840-SAH
(Chapter 11)

## COVER SHEET FOR CHAPTER 11 LIST OF CREDITORS WHO HAVE THE 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

Respectfully Submitted,

/s/ J. Clay Christensen
J. Clay Christensen (OBA # 11789)
Jeffrey E. Tate (OBA #17150)
Jonathan M. Miles (OBA #31152)
Brock Z. Pittman (OBA #32853)
Emily J. Irwin (OBA #33880)
CHRISTENSEN LAW GROUP, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma  73116
Telephone: (405) 232-2020
Facsimile: (405) 228-1113
Clay@christensenlawgroup.com
Jeffrey@christensenlawgroup.com
Jon@christensenlawgroup.com
Brock@christensenlawgroup.com
Emily@christensenlawgroup.com

PROPOSED ATTORNEYS FOR DEBTOR

Debtor name **Dorchester Resources, L.P.**

**UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF OKLAHOMA**

Case No. (If known)  21-10840-SAH

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Chesapeake Operating, Inc<br>6100 N Western Ave<br>Oklahoma City, OK 73118 | Chesapeake Operating, Inc<br>Tel: 405-848-3000 | Trade Payable | Disputed | | | $2,711,853.12 |
| 2 | Unbridled Resources LLC<br>1111 Bagby St, Ste 1600<br>Houston, TX 77002 | Unbridled Resources LLC<br>Tel: 713-437-8000 | Trade Payable | Disputed | | | $1,203,788.93 |
| 3 | Devon Energy Production Company, LP<br>333 West Sheridan Ave<br>Oklahoma City, OK 73102 | Devon Energy Production Company, LP<br>Tel: 800-583-3866 | Trade Payable | Disputed | | | $665,886.89 |
| 4 | Mach Resources, LLC<br>Attn: Greg Dewey<br>14201 Wireless Way<br>Oklahoma City, OK 73134 | Mach Resources, LLC<br>Tel: 405-252-8100 | Trade Payable | Disputed | | | $430,641.84 |
| 5 | Citizen Energy Iii LLC<br>320 S Boston Ave, Ste 900<br>Tulsa, OK 74103 | Citizen Energy Iii LLC<br>Tel: 918-949-4680 | Trade Payable | Disputed | | | $309,223.33 |
| 6 | Territory Resources LLC<br>Attn: Legal Dept<br>1511 S Sangre Rd<br>Stillwater, OK 74074 | Territory Resources LLC<br>Tel: 405-533-1300 | Trade Payable | Disputed | | | $225,454.32 |

**Debtor name**  Dorchester Resources, L.P.    **Case No. (If known)** _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 Hilcorp Energy Company<br>1111 Travis St<br>Houston, TX 77002 | Hilcorp Energy Company<br>Tel: 713-209-2400 | Trade Payable | Disputed | | | $220,181.05 |
| 8 Casillas Petroleum Resource Partners, LLC<br>401 S Boston Ave, Ste 2400<br>Tulsa, OK 74103 | Casillas Petroleum Resource Partners, LLC<br>Tel: 918-582-5310 | Trade Payable | Disputed | | | $182,598.62 |
| 9 Enable Midstream Partners<br>499 W Sheridan Ave, Ste 1500<br>Oklahoma City, OK 73102 | Enable Midstream Partners | Trade Payable | Disputed | | | $99,521.70 |
| 10 Magnolia Midstream Gas Services<br>1 Williams Center<br>P.O. Box 2400, M.D 47 Legal<br>Tulsa, OK 74172 | Magnolia Midstream Gas Services<br>Tel: 918-574-7000 | Trade Payable | Disputed | | | $76,546.26 |
| 11 Williams Midstream Gas Services LLC<br>1 Williams Center<br>P.O. Box 2400, M.D 47 Legal<br>Tulsa, OK 74172 | Williams Midstream Gas Services LLC | Trade Payable | Disputed | | | $72,943.75 |
| 12 Cimarex Energy Co<br>1700 Lincoln St, Ste 3700<br>Denver, CO 80203 | Cimarex Energy Co<br>Tel: 303-295-3995 | Trade Payable | Disputed | | | $62,393.31 |
| 13 Arkoma Operations LLC<br>425 W Capital, Ste 3550<br>Little Rock, AR 72201 | Arkoma Operations LLC<br>Tel: 918-359-0985 | Trade Payable | Disputed | | | $59,679.50 |

Debtor name  **Dorchester Resources, L.P.**                              Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  Amplify Energy Operating LLC<br>500 Dallas St, Ste 1700<br>Houston, TX 77002 | Amplify Energy Operating LLC<br>Tel: 832-219-9001 | Trade Payable | Disputed | | | $58,761.87 |
| 15  Mach Ii, LLC<br>Attn: Michael Reel<br>14201 Wireless Way<br>Oklahoma City, OK 73134 | Mach Ii, LLC<br>Tel: 405-252-8100 | Trade Payable | Disputed | | | $57,887.25 |
| 16  Jma Energy Company, LLC<br>Attn: Michael J. Massad<br>1021 Northwest Grand Blvd<br>Oklahoma City, OK 73118 | Jma Energy Company, LLC<br>Tel: 405-947-4322 | Trade Payable | Disputed | | | $50,142.16 |
| 17  Trinity Operating (Usg), LLC<br>601 Travis St, Ste 1900<br>Houston, TX 77002 | Trinity Operating (Usg), LLC<br>Tel: 713-951-5309 | Trade Payable | Disputed | | | $47,834.08 |
| 18  Weatherly Oil & Gas, LLC<br>4849 Greenville Ave, Ste 1250<br>Dallas, TX 75206 | Weatherly Oil & Gas, LLC<br>Tel: 888-720-1733 | Trade Payable | Disputed | | | $47,602.85 |
| 19  Scout Energy Management<br>4901 Lbj Freeway, Ste 300<br>Dallas, TX 75244 | Scout Energy Management<br>Tel: 972-277-1397 | Trade Payable | Disputed | | | $46,949.15 |
| 20  Continental Resources, Inc<br>20 N Broadway<br>Oklahoma City, OK 73102 | Continental Resources, Inc<br>Tel: 405-774-5257 | Trade Payable | Disputed | | | $46,847.51 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    Page 3

Debtor name  **Dorchester Resources, L.P.**　　　　　　　　　　　　　　　　　　Case No. (If known) _____

## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21  Foundation Energy Management, LLC  Attn: Eddie W. Rhea  5057 Keller Springs Rd, Ste 650  Addison, TX 75001 | Foundation Energy Management, LLC  Tel: 918-526-5592 | Trade Payable | Disputed | | | $46,475.26 |
| 22  Riviera Operating, LLC  717 Texas Ave, Ste 2000  Houston, TX 77002 | Riviera Operating, LLC  Tel: 281-840-4000 | Trade Payable | Disputed | | | $45,623.13 |
| 23  Conocophillips Company  925 N Eldridge Pkwy  Houston, TX 77079 | Conocophillips Company  Tel: 281-293-1000 | Trade Payable | Disputed | | | $45,398.17 |
| 24  Presidio Petroleum LLC  500 W 7th St, Ste 803  Fort Worth, TX 76102 | Presidio Petroleum LLC  Tel: 817-675-6495 | Trade Payable | Disputed | | | $43,569.70 |
| 25  Teocalli Exploration, LLC  6608 N Western Ave  Oklahoma City, OK 73116 | Teocalli Exploration, LLC  Tel: 405-242-4003 | Trade Payable | Disputed | | | $41,136.50 |
| 26  Contango Resources, Inc  717 Texas Avebue, Ste 2900  Houston, TX 77002 | Contango Resources, Inc  Tel: 713-236-7400 | Trade Payable | Disputed | | | $39,471.07 |
| 27  Blue Water Resources, LLC  2508 E 71St St, Ste B  Tulsa, OK 74136 | Blue Water Resources, LLC  Tel: 918-935-2795 | Trade Payable | Disputed | | | $33,466.01 |

**Debtor name** Dorchester Resources, L.P.     Case No. (If known) _____

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total Claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 Sandridge Exploration & Production LLC<br>1 East Sheridan, Ste 500<br>Oklahoma City, OK 73104 | Sandridge Exploration & Production LLC<br>Tel: 405-429-5500 | Trade Payable | Disputed | | | $29,093.37 |
| 29 Indigo Minerals LLC<br>600 Travis St, Ste 5500<br>Houston, TX 77002 | Indigo Minerals LLC<br>Tel: 713-237-5000 | Trade Payable | Disputed | | | $28,969.76 |
| 30 Xto Energy, Inc<br>22777 Springwoods Village Pkwy<br>Spring, TX 77389 | Xto Energy, Inc<br>Tel: 800-299-2800 | Trade Payable | Disputed | | | $27,133.27 |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims     Page 5